DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER ANTHONY GARZA-MCLEAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1427

_____

May 22, 2024

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

 Affirmed.


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.